UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVOLUSION CONCEPTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CROSS ENGINEERING, LLC, et al., <br><br> Defendants. | Case No.: 18cv871-MSB <br><br> **ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S EX PARTE MOTION TO ENFORCE SETTLEMENT, IMPOSE SANCTIONS, AND ADVANCE SETTLEMENT DISPOSITION CONFERENCE** <br> **[ECF NO. 102]** |

On November 5, 2019, Plaintiff filed an "Ex Parte Motion to Enforce Settlement, Impose Sanctions, and Advance Settlement Disposition Conference." (ECF No. 102.) On November 7, 2019, Defendants filed an "Opposition of Cross Engineering, LLC and Wes Cross to Plaintiff's Motion to Enforce Settlement Agreement." (ECF No. 104.) On November 8, 2019, Plaintiff filed a Reply in support of its Ex Parte Motion. (ECF No. 106.) On November 20, 2019, the parties lodged with the Chambers of Judge Berg their Joint Letter updating the Court regarding the terms of their Settlement Agreement that remained in dispute.

On November 21, 2019, the Court conducted a telephonic Status Conference regarding the parties' settlement. As discussed during the conference, the Court issues the following orders:

1

The Court **GRANTS in part and DENIES in part** Plaintiff's "Ex Parte Motion to Enforce Settlement, Impose Sanctions, and Advance Settlement Disposition Conference" [ECF No. 102] as follows:

1) Defendants must tender the initial settlement payment of **$68,500**, and the accrued **royalty payments discussed during the conference** to Plaintiff by **December 2, 2019**.

2) Defendants must remove the article at issue from the website by **December 2, 2019**.

3) The Court **DECLINES** to impose sanctions in the amount of attorney's fees and costs incurred by the parties in connection with their respective briefing of the pending motion [ECF No. 102].

4) The parties are ordered to file their Joint Motion to Dismiss this case, signed by counsel of record and any unrepresented parties, no later than **December 6, 2019**. A proposed order granting the joint motion must be e-mailed to the chambers of Judge Berg on the same day.

**If the fully executed Joint Motion to Dismiss is not filed by** **December 6, 2019**, then **all counsel of record and unrepresented parties are required to appear in person** for a Settlement Disposition Conference. The Settlement Disposition Conference will be held on **December 12, 2019**, at **1:30 p.m.** in **Courtroom 2C** with Magistrate Judge Berg. If the parties file their Joint Motion to Dismiss on or before **December 6, 2019**, the Settlement Disposition Conference will be **VACATED without further court order**.

///
///
///
///
///
///
///

If counsel of record or any unrepresented party fails to appear at the Settlement Disposition Conference, or the parties fail to file the signed Joint Motion to Dismiss in a timely manner, the Court will issue an order to show cause why sanctions should not be imposed for failing to comply with this Order.

**IT IS SO ORDERED**.

Dated:  November 21, 2019

Honorable Michael S. Berg
United States Magistrate Judge