UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVOLUSION CONCEPTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CROSS ENGINEERING, LLC, et al., <br><br> Defendants. | Case No.: 18cv871-MSB <br><br> **ORDER DENYING DEFENDANTS' EX PARTE MOTION FOR LEAVE TO PRESENT ORAL ARGUMENTS [ECF NO. 133]** |

On February 18, 2020, Defendants filed an "*Ex Parte* Application of Cross Engineering and Wes Cross for Leave to Present Oral Argument on Reconsideration Motion." (ECF No. 133.) Defendants seek leave of Court to present oral arguments regarding their motion for reconsideration. (Id. at 1.) They state that "[t]he Court has devoted way more time—in spades—than any litigant could possibly hope for" and "under th[e] circumstances the Court could reasonably conclude that enough is enough[.]" (Id.) Defendants nevertheless argue that oral arguments, among other things, will likely "ensure that the Court is left with no unanswered questions, and/or misconceptions about the parties' positions, arising from the extensive briefing of both the reconsideration motion and Evolusion's cross motion for enforcement of court order." (Id. at 1-2.)

1

On February 28, 2020, Plaintiff Evolution Concepts, Inc. filed a response to Defendants' *ex parte* motion. (ECF No. 142.) Plaintiff states that it "neither opposes nor supports" Defendants' *ex parte* motion, and asks the Court to clarify whether it intends to hold a hearing in connection with the pending motions. (Id. at 1-2.)

Currently, there are the following two related motions pending before the Court: (1) "Motion of Cross Engineering, LLC and Wes Cross for Reconsideration of Order Dated January 12, 2020" [ECF No. 119], and (2) "Motion of Plaintiff for Enforcement of Court Order and Related Relief" [ECF No. 128]. The parties have submitted extensive briefing regarding both motions, and the Court takes the motions under submission. (See Civil Local Rule 7.1(d)(1); see also ECF No. 124 at 1.) Accordingly, the Court **DENIES** Defendants' *ex parte* motion requesting oral arguments [ECF No. 133] and **VACATES** the March 5, 2020 hearing.

**IT IS SO ORDERED.**

Dated: March 3, 2020

Honorable Michael S. Berg
United States Magistrate Judge