UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVOLUSION CONCEPTS, INC.,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CROSS ENGINEERING, LLC, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 18cv871-MSB<br><br>**ORDER DENYING AS PREMATURE PLAINTIFF'S MOTION FOR ENFORCEMENT OF COURT ORDER [ECF NO. 128]** |

　　　　Before the Court is "Motion of Plaintiff for Enforcement of Court Order and Related Relief" [ECF No. 128], Defendants' Opposition [ECF No. 136], and Plaintiff's Reply in support of its motion [ECF No. 139].  Plaintiff moves to enforce the Court's order dated January 17, 2020 [ECF No. 118].  (ECF No. 128 at 2.)  In the alternative, Plaintiff seeks an injunction barring Defendants from making, using, or selling the Accused Products in the present patent infringement action for the remaining term of the Asserted Patent, U.S. Patent No. 8,756,845; sanctions; a finding of contempt; attorneys' fees; and enhanced damages.  (Id.)

　　　　On May 7, 2020, the Court issued an "Order Denying Defendants' Motion for Reconsideration."  (ECF No. 147.)  The Court ordered Defendants to comply with the terms of the January 17, 2020 Order [ECF No. 118] and pay all additional payments due

under the terms of the parties' settlement that have accrued since the issuance of the Order by May 29, 2020.  (Id. at 8.)  The Court further set June 5, 2020, as the deadline for the parties to file their Joint Motion to Dismiss this case.  (Id.)

Accordingly, the Court finds Plaintiff's instant motion premature and **DENIES** the motion **without prejudice**.  If Defendants fail to comply with the Court's orders by the set deadlines, Plaintiff may renew its motion.

**IT IS SO ORDERED**.

Dated:  May 7, 2020

Honorable Michael S. Berg
United States Magistrate Judge