UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVOLUSION CONCEPTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CROSS ENGINEERING, LLC, et al., <br><br> Defendants. | Case No.:  18cv871-DMS(MSB) <br><br> **ORDER SETTING TELEPHONIC STATUS CONFERENCE** |

   The Court sets a telephonic attorneys-only Status Conference for **May 3, 2021**, at **2:00 p.m.**  Plaintiff's counsel is to arrange and initiate the conference call.  The telephone number for Judge Berg's chambers is (619) 557-6632.

   **IT IS SO ORDERED**.

Dated:  April 29, 2021

Honorable Michael S. Berg
United States Magistrate Judge