UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVOLUSION CONCEPTS, INC.,<br><br>                             *Plaintiff*,<br>v.<br>CROSS ENGINEERING, LLC, *et al.*,<br>                             *Defendants.* | Case No.: 18-CV-871-DMS-MSB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS AND DIRECTING THE CLERK TO CLOSE THE CASE**<br><br>Judge: Hon. Dana M. Sabraw |

1     On July 20, 2020, the Parties executed a Settlement Agreement in connection with the claims raised in this case. Pursuant to that settlement, on May 18, 2021, the Parties filed a Joint Motion to Dismiss the entire action with prejudice under Federal Rule of Civil Procedure 41(a). The Court, for good cause shown, **GRANTS** the Joint Motion to Dismiss and dismisses the entire action with prejudice, subject to this Court's retention of jurisdiction to resolve any dispute or alleged breach of the settlement agreement or any term thereof. The Clerk is directed to close the case.

    **IT IS SO ORDERED.**

Dated: May 21, 2021

_____
Hon. Dana M. Sabraw, Chief Judge
United States District Court